372 A.2d 1202

**COMMONWEALTH of Pennsylvania**

v.

**Frank S. WASHINGTON, Appellant
(two cases).**

Supreme Court of Pennsylvania.

Argued April 15, 1977.

Decided May 17, 1977.

Herbert L. Olivieri, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Ian Comisky, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Order affirmed.